UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -v-

MARCOS VELOZ,

                Defendant.

CASE NO.: 25 Mag. 2102 (UA)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Monday, August 25, 2025 at 12:00 pm** on the Court's conference line. The parties, including Mr. Veloz, are directed to call: (855) 244-8681; Access Code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
             August 15, 2025

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**